## United States Bankruptcy Court
### District of Massachusetts

In re  **Paul J Cuoco**
**Maureen Cuoco**
Debtor(s)

Case No.  **10-45598**
Chapter  **13**

# MOTION TO AMEND CHAPTER 13 PLAN

1. Debtor(s), **Paul J Cuoco and Maureen Cuoco**, commenced this case on **November 9, 2010** by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtor(s) have amended their Chapter 13 Plan.

WHEREFORE, Debtor(s) pray for an Order to approve the amended Chapter 13 Plan.

Dated: **January 7, 2010**

**/s/ Paul J Cuoco**
**Paul J Cuoco**
Debtor

Dated: **January 7, 2010**

**/s/ Maureen Cuoco**
**Maureen Cuoco**
Co-Debtor

# ORDER

The motion of the above-named debtor(s), **Paul J Cuoco and Maureen Cuoco**, to amend their Chapter 13 Plan is sustained.

It is hereby ORDERED and DECREED that the Debtors' amended Chapter 13 Plan is approved.

Dated:

**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 13 PLAN COVER SHEET

| | | | |
|---|---|---|---|
| Filing Date: | **11/09/10** | Docket #: | **10-45598** |
| Debtor: | **Paul J Cuoco** | Co-Debtor: | **Maureen Cuoco** |
| SS#: | **xxx-xx-4470** | SS#: | **xxx-xx-7191** |
| Address: | **3 Ledgelawn Avenue** <br> **Billerica, MA 01821** | Address: | **3 Ledgelawn Avenue** <br> **Billerica, MA 01821** |

| | |
|---|---|
| Debtor's Counsel: | **Filippo Mastrocola 655646** |
| Address: | **24 Hamilton Street** <br> **Everett, MA 02149** |
| Telephone #: | **617-387-0006** |
| Facsimile #: | **617-387-0012** |

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THE LATER OF (i) THIRTY (30) DAYS AFTER THE FIRST DATE SET FOR THE SECTION 341 MEETING, OR (ii) THIRTY (30) DAYS AFTER SERVICE OF A MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

# OFFICIAL FORM 3
# PRE-CONFIRMATION CHAPTER 13 PLAN

## CHAPTER 13 PLAN - AMENDED

Docket No.: **10-45598**

DEBTORS:  (H)  **Paul J Cuoco**    SS#  **xxx-xx-4470**

(W)  **Maureen Cuoco**    SS#  **xxx-xx-7191**

I. PLAN PAYMENT AND TERM:

Debtor's shall pay monthly to the Trustee the sum of $ **450.00** for the term of:

☐ 36 Months.  11 U.S.C. § 1325(b)(4)(A)(i);

☐ 60 Months.  11 U.S.C. § 1325(b)(4)(A)(i);

☐ 60 Months.  11 U.S.C. § 1322(d)(2).  Debtor avers the following cause:

■  **48**  Months.  The Debtor states as reasons therefore:

**Debtors have insufficient income with which to fund a plan of less than 48 months and must use the time set forth in this plan to fully pay for the plan.**

II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **New England Phoenix Co., Inc.** | **Pre-petition arrears** | $ 10,149.32 |

Total of secured claims to be paid through the Plan  $  **10,149.32**

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **Citimortgage Inc** | **First Mortgage** |
| **New England Phoenix Co., Inc.** | **Second Mortgage** |
| **Sovereign Bank** | **Third Mortgage** |
| **Toyota Motor Credit** | **Auto Loan** |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **-NONE-** | | |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of
**-NONE-**

; or

  ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of **-NONE-** .

  iii. The arrears under the lease to be paid under the plan are __0.00__ .

III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | | Amount of Claim |
|---|---|---|---|
| **-NONE-** | | $ | |

B. Other:

| Creditor | Description of Claim | | Amount of Claim |
|---|---|---|---|
| **Commonwealth of Massachusetts** | **Sales Tax Witholdings** | $ | **6,636.30** |
| | Total of Priority Claims to Be Paid Through the Plan | $ | **6,636.30** |

IV. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan): $ __1,500.00__

B. Miscellaneous fees:

| Creditor | Description of Claim | | Amount of Claim |
|---|---|---|---|
| **-NONE-** | | $ | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of __1__% of their claims.

A. General unsecured claims: $ __109,297.95__

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | | Amount of Claim |
|---|---|---|---|
| **-NONE-** | | $ | |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | | Amount of Claim |
|---|---|---|---|
| **Chela** | **Educational** | $ | **2,348.00** |
| **Chela** | **Educational** | $ | **959.00** |
| Total of Unsecured Claims (A + B + C): | | $ | **112,604.95** |

D. Multiply total by percentage: $ __1,154.38__
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | | Amount of claim |
|---|---|---|---|
| **-NONE-** | | $ | |
| Total amount of separately classified claims payable at ____% | | $ | **0.00** |

VI. OTHER PROVISIONS

    A. Liquidation of assets to be used to fund plan:

    B. Miscellaneous provisions:


VII. CALCULATION OF PLAN PAYMENT

| | | |
|---|---|---|
| a) Secured claims (Section II-A&D Total): | $ | **10,149.32** |
| b) Priority claims (Section III-A&B Total): | $ | **6,636.30** |
| c) Administrative claims (Section IV-A&B Total): | $ | **1,500.00** |
| d) Regular unsecured claims (Section V-D Total): | $ | **1,154.38** |
| e) Separately classified unsecured claims: | $ | **0.00** |
| f) Total of a + b + c + d + e above: | =$ | **19,440.00** |
| g) Divide (f) by .90 for total including Trustee's fee: | | |
| Cost of Plan= | $ | **21,600.00** |

(This represents the total amount to be paid into the chapter 13 plan)

| | | |
|---|---|---|
| h. Divide (g), Cost of Plan, by Term of plan, | **48** | months |
| i. Round up to nearest dollar for Monthly Plan Payment: | $ | **450.00** |

(Enter this amount on page 1)

Pursuant to 11 U.S.C. § 1326(a) (1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.
Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.


VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **Single Family Home**<br>**Location: 3 Ledgelawn Avenue, Billerica MA**<br>**01821** | $ **300,000.00** | $ **313,150.86** |

| | | |
|---|---|---|
| Total Net Equity for Real Property: | $ | **0.00** |
| Less Exemptions (Schedule C): | $ | **0.00** |
| Available Chapter 7: | $ | **0.00** |

B. Automobile (Describe year, make and model):

| | | | | | |
|---|---|---|---|---|---|
| **2000 Chev 3500 Box Truck VIN# 4KBB4B1R1YJ802430 Approx 36,000 Miles $700.00** **Location: 3 Ledgelawn Avenue, Billerica MA 01821** | Value $ | 700.00 | Lien $ | 0.00 Exemption $ | 700.00 |
| **2007 Toyota Rav Four. Approx 60,000 Miles, Good Condition.** **Location: 3 Ledgelawn Avenue, Billerica MA 01821** | Value $ | 15,495.00 | Lien $ | 9,576.00 Exemption $ | 5,919.00 |
| **2005 Pontiac Grand Prix, Approx 82,000 miles, poor condition.** **Location: 3 Ledgelawn Avenue, Billerica MA 01821** | Value $ | 6,065.00 | Lien $ | 0.00 Exemption $ | 6,065.00 |
| **2004 Mitsubishi Galant, appox 140,000 miles, poor condition** **Location: 3 Ledgelawn Avenue, Billerica MA 01821** | Value $ | 2,915.00 | Lien $ | 0.00 Exemption $ | 2,915.00 |

Total Net Equity:  $ **15,599.00**
Less Total Exemptions (Schedule C):  $ **15,599.00**
Available Chapter 7:  $ **0.00**

C. All other Assets (All remaining items on Schedule B):   (Itemize as necessary)

**Location: 3 Ledgelawn Avenue, Billerica MA 01821**
**Sovereign Bank Checking Axccount xxx-2246**
**Stoneham Bank Bank Checking Account # xxx-0713**
**Sovereign Bank Savings Acct No.: xxx-6370**
**Stoneham Bank Checking Account # xxx-9587**
**Household Furnishings**
**Location: 3 Ledgelawn Avenue, Billerica MA 01821**
**Clothing**
**Location: 3 Ledgelawn Avenue, Billerica MA 01821**
**Wedding rings and assorted Jewlery**
**Location: 3 Ledgelawn Avenue, Billerica MA 01821**
**401(k) Retirement Account, Fresenius Medical Care**
**Assorted hand and power tools**
**Location: 3 Ledgelawn Avenue, Billerica MA 01821**

Total Net Value:  $ **23,638.71**
Less Total Exemptions (Schedule C):  $ **23,638.71**
Available Chapter 7:  $ **0.00**

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions:  $   **0.00**

E. Additional Comments regarding Liquidation Analysis:

IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

**/s/ Filippo Mastrocola**  
**Filippo Mastrocola 655646**  
Debtor's Attorney  
Attorney's Address: **24 Hamilton Street**  
**Everett, MA 02149**  
Tel. #: **617-387-0006 Fax:617-387-0012**  
Email Address: **fm@fil-law.com**

**January 7, 2011**  
Date

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

Date **January 7, 2011**    Signature **/s/ Paul J Cuoco**  
**Paul J Cuoco**  
Debtor

Date **January 7, 2011**    Signature **/s/ Maureen Cuoco**  
**Maureen Cuoco**  
Joint Debtor