0008-3C-EPIMXX-00074322-7700606

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### WORCESTER DIVISION

In re: PAUL J CUOCO  
      MAUREEN CUOCO  
      Debtor(s)

Case No.: 10-45598-HJB

Chapter 13 Bankruptcy

## NOTICE OF FINAL CURE PAYMENT

    Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:    NEW ENGLAND PHOENIX CO

Trustee Claim No.:    002

Last four (4) digits of any number used to identify the Debtor's account: 6234

Final Cure Amount:

    Amount of Allowed Pre-Petition Arrearage:    $8,701.94

    Amount Paid by Trustee:    $8,701.94

Monthly Ongoing Mortgage Payment is Paid:

    ____ Through the Chapter 13 Trustee conduit    __X__ Direct by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated:  02/06/2015    Respectfully submitted:

                                      /s/ Denise M. Pappalardo  
                                      Chapter 13 Trustee

# United States Bankruptcy Court
### DISTRICT OF MASSACHUSETTS
### WORCESTER DIVISION

In Re:  
PAUL J CUOCO  
MAUREEN CUOCO

CASE NO: 10-45598-HJB

### Certificate of Service

The undersigned hereby certifies that on this date a copy of the Trustee's Notice of Final Cure Payment was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel and creditor at the addresses set forth below.

FILIPPO MASTROCOLA, ESQ.  
FILIPPO MASTROCOLA, P.C. 24 HAMILTON STREET EVERETT, MA 02149

PAUL J CUOCO  
3 LEDGELAWN AVENUE BILLERICA, MA 01821

NEW ENGLAND PHOENIX CO  
ATTN: JOHN M. KEOUGH 337 FREEPORT STREET BOSTON, MA 02122

Dated:  02/06/2015

/s/ Denise M. Pappalardo  
Chapter 13 Trustee